UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER 13-0118 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| MICHAEL PRYOR | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

    The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

    IT IS ORDERED that the Motion to Suppress [Doc. No. 16] filed by Defendant Michael Pryor is hereby DENIED.

    MONROE, LOUISIANA, this 22nd day of October, 2013.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE