UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER 13-0118 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| MICHAEL PRYOR | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the Defendant Michael Pryor and adjudges him guilty of the offenses charged in Counts One and Three of the indictment against him.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the District Court accepts Defendant Michael Pryor's agreement to forfeit and abandon his interest in any firearm(s) and ammunition seized as a result of the investigation of this matter.

THUS DONE AND SIGNED in Chambers, this 25th day of November, 2013, at Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE