# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NUMBER  13-0118** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **MICHAEL PRYOR** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion to Vacate, Set Aside, or Correct Sentence, [Doc. No. 50], filed by Defendant Michael Pryor is **DENIED.**

MONROE, LOUISIANA, this 1st day of September, 2017.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE